**Application for Admission *Pro Hac Vice* pending**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra B. Gregory,<br><br>Plaintiff,<br>v.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | Case No.: 2:25-cv-02019-SPL<br><br>**JOINT STIPULATION REGARDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The parties hereby stipulate to set a deadline of August 4, 2025, for Defendant to respond to Plaintiff's Complaint.

This extension is necessary because additional time is required to obtain the necessary documentation for Defendant to respond to the Complaint. As such, the Parties request an extension of time to **<u>August 4, 2025</u>**, for Defendant to answer or otherwise respond to Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 24th day of July 2025.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant Liberty Life Assurance Company of Boston

***AND***

/s/ J. Anthony Vessel (with permission)
J. Anthony Vessel, (TX No. 24084019)
Pro Hac Vice pending
MARC WHITEHEAD & ASSOCIATES, LLP
403 Heights Boulevard
Houston, Texas 77007
Telephone: (713) 228-8888
Facsimile: (713) 225-0940
anthony@marcwhitehead.com

- and –

Edmundo P. Robaina (No. 018125)
YEN PILCH ROBAINA & KRESIN PLC
6017 North 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
epr@yprklaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Anthony Vessel, (TX No. 24084019)
Email : anthony@marcwhitehead.com

Edmundo P. Robaina
Email: epr@yprklaw.com

*Attorneys for Plaintiff*

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.