UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra B. Gregory,<br><br>Plaintiff,<br>v.<br><br>Liberty Life Assurance Company of Boston;<br><br>Defendant. | Case No. 2:25-cv-02019-SPL<br><br>**[PROPOSED] ORDER** |

Pursuant to the Parties' Joint Stipulation Regarding Deadline for Defendant to Respond to Plaintiff's Complaint, and good cause appearing,

IT IS ORDERED that Defendant shall have until August 4, 2025, to respond to Plaintiff's Complaint.