IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra B. Gregory,<br><br>Plaintiff,<br>vs.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | No. CV-25-02019-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation (Doc. 6), in which they move for an extension of the deadline for Defendant to file an answer. Having considered this first request,

**IT IS ORDERED** that the Stipulation (Doc. 6) is **granted**. Defendant shall have until **August 4, 2025**, to file an answer to the Complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

Dated this 25th day of July, 2025.

Honorable Steven P. Logan
United States District Judge