IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra B. Gregory,<br><br>Plaintiff,<br>vs.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | No. CV-25-02019-PHX-SPL<br><br>**ORDER** |

Having reviewed the parties' Joint Rule 26(f) Case Management Report and Proposed Rule 16 Case Management Order,

**IT IS ORDERED** the Rule 16 Case Management Conference, presently set for October 16, 2025, before Honorable Steven P. Logan is **vacated**.

Dated this 29th day of September, 2025.

Honorable Steven P. Logan
United States District Judge