Edmundo P. Robaina (No. 018125)
YEN PILCH ROBAINA & KRESIN PLC
6017 North 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
epr@yprklaw.com

J. Anthony Vessel, (TX No. 24084019) *Pro Hac Vice*
MARC WHITEHEAD & ASSOCIATES, LLP
403 Heights Boulevard
Houston, Texas 77007
Telephone: (713) 228-8888
Facsimile: (713) 225-0940
anthony@marcwhitehead.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra B. Gregory,<br><br>Plaintiff,<br><br>vs.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | No. CV25-02019-PHX-SPL<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

Pursuant to the Court's Order dated September 29, 2025, the parties, through their respective counsel, have engaged in good faith settlement talks. These talks have been meaningful and resulted in fruitful progress towards resolution. The parties are optimistic about resolution at this point of the negotiations. Therefore, the parties do not seek the Court's assistance in settlement of the case at this time.

RESPECTFULLY SUBMITTED this 18th day of February 2026.

///

///

///

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By /s/ J. Anthony Vessel
J. Anthony Vessel (*Pro Hac Vice*)
*ATTORNEY-IN-CHARGE*

YEN PILCH ROBAINA & KRESIN PLC

Edmundo P. Robaina

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF Registrants:

Iwana Rademaekers **(Admitted *Pro Hac Vice*)**
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75254
iwana@rademaekerslaw.com
Attorney for Defendant

/s/J. Anthony Vessel