Admitted Pro Hac Vice
Iwana Rademaekers (TX Bar No. 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Tel: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
***Attorneys for Defendant***

J. Anthony Vessel, (TX No. 24084019) Pro Hac Vice
MARC WHITEHEAD & ASSOCIATES, LLP
403 Heights Boulevard
Houston, Texas 77007
Telephone: (713) 228-8888
Facsimile: (713) 225-0940
Email: anthony@marcwhitehead.com
***Attorneys for Plaintiff***

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra B. Gregory,<br><br>Plaintiff,<br>vs.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | Case No. 2:25-cv-02019-SPL<br><br>**STIPULATION OF DIMISSAL WITH PREJUDICE** |

Plaintiff Alexandra B. Gregory ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 11th day of May 2026.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant The Lincoln National Life Insurance Company

- AND -

**MARC WHITEHEAD & ASSOCIATES, LLP**

By: /s/ J. Anthony Vessel
J. Anthony Vessel
Attorney for Plaintiff

And

Edmundo P. Robaina (No. 018125)
**YEN PILCH ROBAINA & KRESIN PLC**
6017 North 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
Email: epr@yprklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May 2026, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Anthony Vessel
Email : anthony@marcwhitehead.com

Edmundo P. Robaina
Email: epr@yprklaw.com

*Attorney for Plaintiff*

By: /s/Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.